# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MARK DEWBERRY**                                                    **PLAINTIFF**

v.                        No. 3:22-cv-77-DPM

**UNITED RENTALS, INC.**                                    **DEFENDANT**

## JUDGMENT

Dewberry's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 June 2022